FILED

03/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0514

IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court No. DA 20-0514

_____

PAUL WILKIE,

    Plaintiff/Appellant,

    v.

HARTFORD UNDERWRITERS INSURANCE COMPANY, a/k/a/ THE HARTFORD; RICHARD L. SPROUT; and SHAUNA SPROUT,

    Defendants/Appellees.

_____

On Appeal from the Eighteenth Judicial District Court, Gallatin County,
Cause No. DV-20-367B, Hon. Rienne H. McElyea

_____

### Grant of Unopposed Motion for Extension of Time

_____

Pursuant to authority granted under Rule 26, M.R.App.P., Appellant's

*Unopposed Motion for Extension of Time* is granted. The deadline for Wilkie to reply to

the Sprouts' opening brief is extended until the date on or before which Wilkie must

reply to Hartford's opening brief, including any extension.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 9 2021